UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

PETRA AURORA AGUILAR
CALVILLO (A-209-402-288),

Petitioner,

v.

CHRISTOPHER CHESTNUT Warden,
California City Correctional Facility, et al.,

Respondents.

No.  1:26-cv-00569-DC-CSK

ORDER ADOPTING FINDINGS AND
RECOMMENDATIONS

(ECF No. 24)

Petitioner, an immigration detainee proceeding through counsel, filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2241.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On April 22, 2026, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within seven days.  ECF No. 24.  Both parties filed objections to the findings and recommendations based on the reasons stated in their previous briefing.  ECF Nos. 25, 26.  However, the undersigned already addressed those arguments in its prior orders issued in this case.  ECF Nos. 9, 14, 17.  Thus, the parties' respective objections do not provide a basis upon which to reject the findings and recommendations.

The court presumes that any findings of fact are correct.  See Orand v. United States, 602

1

F.2d 207, 208 (9th Cir. 1979).  The magistrate judge's conclusions of law are reviewed de novo.  See Britt v. Simi Valley Unified School Dist., 708 F.2d 452, 454 (9th Cir. 1983).  The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations (ECF No. 24) are ADOPTED;

2. The amended petition for writ of habeas corpus is GRANTED as to claims one and two, but for the portion of these claims challenging prolonged detention; the amended petition for writ of habeas corpus is DENIED as to the prolonged detention claim and claim three.  Because petitioner received the renewed bond hearing in compliance with this Court's January 31, 2026 order (ECF No. 9), no further relief is warranted; and

3. The Clerk of the Court is directed to enter judgment for petitioner and close this case.

IT IS SO ORDERED.

Dated:    **June 11, 2026**                                    _____

Dena Coggins
United States District Judge

2